PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DAVID KRUMMEL,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00260-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME *NUNC PRO TUNC* |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time from October 23, 2017 to November 13, 2017 to respond to Plaintiff's letter brief. Defendant's counsel miscalendared the deadline and apologizes for not responding prior to the deadline.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

Respectfully submitted,

Dated: November 14, 2017
/s/ Kelsey Mackenzie Brown by Chantal R. Jenkins*
KELSEY MACKENZIE BROWN
*As authorized via email by Kelsey Brown on November 13, 2017
Attorney for Plaintiff

Dated: November 14, 2017
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Chantal R. Jenkins
CHANTAL R. JENKINS
Special Assistant United States Attorney

## ORDER

The above stipulation is granted *nunc pro tunc* to reflect an extension of time from October 23, 2017 to November 13, 2017, for Defendant to submit a response to Plaintiff's confidential letter brief. Defendant's response brief, submitted on November 13, 2017, is deemed timely and all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 15, 2017**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE