# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KRUMMEL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00260-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE April 6, 2018** |

On February 22, 2018, Plaintiff David Krummel filed a complaint seeking review of the Commissioner's denial of his social security benefits. On March 14, 2017, this Court entered a scheduling order in this action. (Doc. 7). Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 95 days from the date of service of the administrative record by Defendant. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

A review of the docket reveals that the administrative record was filed on August 16, 2017. (Doc. 12). Based on the Court's order modifying the scheduling order to allow Defendant an additional twenty-one days to submit her confidential response brief on November 13, 2017, Plaintiff's opening brief was therefore due no later than *December 13, 2017*. (Doc. 17). To date, Plaintiff has not filed his opening brief.

1

1   Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should
2   not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and
3   Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to
4   show cause no later than **April 6, 2018.** Plaintiff is forewarned that failure to respond to this
5   order to show cause will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **March 29, 2018**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE